# Exhibit D



## (12) United States Design Patent
Simon et al.

(10) Patent No.: **US D626,287 S**
(45) Date of Patent: ** **Oct. 26, 2010**

(54) **AIRFLOW ATTACHMENT**

(75) Inventors: **Eric M. Simon**, Salt Lake City, UT (US); **Randall D. Block**, Salt Lake City, UT (US)

(73) Assignee: **Larada Sciences, Inc.**, Salt Lake City, UT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/344,114**

(22) Filed: **Sep. 23, 2009**

(51) LOC (9) Cl. ................................................. 28-03
(52) U.S. Cl. ..................................................... D28/18
(58) Field of Classification Search ............ D28/12–19; 34/96–101; 392/380–385; 219/222
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 724,178 | A | 3/1903 | Grant |
| 3,721,250 | A | 3/1973 | Walter et al. |
| 4,050,469 | A | 9/1977 | Lin |
| 4,114,022 | A | 9/1978 | Braulke, III |
| 4,295,283 | A | 10/1981 | Tomaro |
| 4,376,441 | A | 3/1983 | Duncan |
| 4,671,303 | A | 6/1987 | Saferstein et al. |
| 4,676,260 | A | 6/1987 | Paulhus et al. |
| 4,692,594 | A | 9/1987 | Martin |
| 4,759,135 | A | 7/1988 | Scivoletto |
| 4,815,232 | A | 3/1989 | Rawski |
| 4,819,670 | A | 4/1989 | Saferstein et al. |
| 4,848,007 | A | 7/1989 | Montagnino |
| D307,192 | S | 4/1990 | Saferstein et al. |
| 4,955,145 | A | 9/1990 | Scivoletto |
| 4,961,283 | A | 10/1990 | Forbes |
| 5,036,601 | A * | 8/1991 | Mulle et al. ..................... 34/97 |
| 5,067,444 | A | 11/1991 | Parker |
| 5,072,746 | A | 12/1991 | Kantor |
| 5,078,157 | A | 1/1992 | Golan et al. |
| 5,178,168 | A | 1/1993 | Kantor |
| 5,235,759 | A | 8/1993 | Rizzuto, Jr. |
| 5,261,427 | A | 11/1993 | Dolev |
| 5,275,339 | A | 1/1994 | Andis et al. |
| 5,287,635 | A | 2/1994 | Chan |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    1 036 522  A2    9/2000

(Continued)

*Primary Examiner*—Janice E Seeger
*Assistant Examiner*—Zenia I Bennett
(74) *Attorney, Agent, or Firm*—Matthew D. Thayne; Stoel Rives LLP

(57) **CLAIM**

The ornamental design for an airflow attachment, as shown and described.

**DESCRIPTION**

FIG. 1 is an upper perspective view of an embodiment of an airflow attachment

FIG. 2 is a lower perspective view of the airflow attachment of FIG. 1

FIG. 3 is a top plan view of the airflow attachment of FIGS. 1-2

FIG. 4 is a side elevation view of the airflow attachment of FIGS. 1-3.

FIG. 5 is another side elevation view of the airflow attachment of FIGS. 1-4, shown from the side opposite to that shown in FIG. 4.

FIG. 6 is a bottom plan view of the airflow attachment of FIGS. 1-5.

FIG. 7 is a front elevation view of the airflow attachment of FIGS. 1-6; and,

FIG. 8 is a rear elevation view of the airflow attachment of FIGS. 1-7.

The portions of the drawings shown in broken lines form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**




Case 3:18-cv-00320-KDB-DSC   Document 1-4   Filed 06/20/18   Page 2 of 7

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,303,483 | A | 4/1994 | Chan |
| D349,585 | S | 8/1994 | Rizzuto, Jr. |
| 5,343,881 | A | 9/1994 | Golan et al. |
| D354,152 | S | 1/1995 | Mathews |
| D365,662 | S | 12/1995 | Leman |
| 5,488,783 | A | 2/1996 | Parkinson et al. |
| D368,342 | S | 3/1996 | Founds |
| D369,229 | S | 4/1996 | Oberheim |
| 5,526,578 | A | 6/1996 | Iyer |
| 5,621,980 | A | 4/1997 | Kingsbury |
| 5,628,332 | A | 5/1997 | Debourg et al. |
| 5,636,646 | A | 6/1997 | Zito |
| 5,649,502 | A | 7/1997 | Frank |
| D384,772 | S | 10/1997 | Kling |
| D389,618 | S * | 1/1998 | Rosen .......................... D32/33 |
| D392,413 | S | 3/1998 | Gudefin |
| 5,765,292 | A | 6/1998 | Chan |
| D401,381 | S * | 11/1998 | Seifert ......................... D28/18 |
| D404,522 | S * | 1/1999 | Kip ............................. D28/18 |
| 5,918,607 | A | 7/1999 | Zucker |
| 5,953,829 | A | 9/1999 | Van Den Brug et al. |
| D414,896 | S | 10/1999 | Goetschi |
| 6,006,758 | A | 12/1999 | Thorne |
| 6,053,180 | A | 4/2000 | Kwan |
| 6,086,682 | A | 7/2000 | Anderson |
| D429,374 | S * | 8/2000 | Muller ......................... D28/18 |
| D433,182 | S | 10/2000 | Kwong |
| 6,141,901 | A | 11/2000 | Johnson et al. |
| 6,158,443 | A | 12/2000 | Leman et al. |
| D441,136 | S | 4/2001 | Leman |
| 6,265,384 | B1 | 7/2001 | Pearlman |
| 6,425,403 | B1 | 7/2002 | Lin Lu et al. |
| D462,141 | S | 8/2002 | Carlucci et al. |
| 6,565,665 | B2 | 5/2003 | Altschuler |
| D477,112 | S * | 7/2003 | Yeung .......................... D28/18 |
| D483,536 | S * | 12/2003 | Martin ......................... D32/31 |
| 6,678,994 | B2 | 1/2004 | Topp |
| 6,685,969 | B2 | 2/2004 | Van Scoik et al. |
| 6,691,713 | B1 | 2/2004 | Altschuler |
| D487,945 | S | 3/2004 | Anthony et al. |
| D490,185 | S | 5/2004 | Hegner et al. |
| D493,571 | S | 7/2004 | Jenkins |
| 7,040,037 | B2 | 5/2006 | Keong |
| 7,047,660 | B2 | 5/2006 | Leventhal |
| D524,983 | S | 7/2006 | Smith et al. |
| 7,089,945 | B1 | 8/2006 | Barge |
| 7,178,261 | B2 | 2/2007 | McCambridge et al. |
| 7,264,004 | B2 | 9/2007 | Djulbegovic |
| 7,389,779 | B2 | 6/2008 | Chan |
| D602,633 | S * | 10/2009 | Spagnuolo ................... D28/7 |
| D604,011 | S * | 11/2009 | Leung ......................... D28/13 |
| 2005/0013727 | A1 | 1/2005 | Hedman |
| 2005/0051190 | A1 | 3/2005 | Bachrach et al. |
| 2006/0130393 | A1 | 6/2006 | Clayton et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 99/52410 | 10/1999 |
| WO | WO 99/66790 | 12/1999 |
| WO | WO 00/019857 | 4/2000 |
| WO | WO 01/52689 | 7/2001 |
| WO | WO 03/056972 | 7/2003 |
| WO | WO 2005/079563 | 9/2005 |
| WO | WO 2005/113060 A2 | 12/2005 |
| WO | WO 2006/125160 | 11/2006 |
| WO | WO 2007/056813 | 5/2007 |
| WO | WO 2008/007055 | 1/2008 |
| WO | WO 2008/022386 | 2/2008 |
| WO | WO 2008/022387 | 2/2008 |

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 3:18-cv-00320-KDB-DSC   Document 1-4   Filed 06/20/18   Page 5 of 7



**FIG. 5**



**FIG. 6**

Case 3:18-cv-00320-KDB-DSC   Document 1-4   Filed 06/20/18   Page 6 of 7



FIG. 7



FIG. 8