IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:18-CV-00320-RJC-DSC

| | |
|---|---|
| LARADA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEDIATRIC HAIR SOLUTIONS CORPORATION and FLOSONIX VENTURES LLC, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for William B. Dyer and Andrew G. Strickland]" (documents ##10 and 11). For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED**.

Signed: July 13, 2018

_____
David S. Cayer
United States Magistrate Judge