# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.: 3:18-CV-00320-RJC-DSC

| | |
|---|---|
| LARADA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEDIATRIC HAIR SOLUTIONS CORPORATION and FLOSONIX VENTURES LLC, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Richard W. Miller and Alan White]" (documents ##13-14). For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: July 17, 2018

_____
David S. Cayer
United States Magistrate Judge