**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:18-CV-00320-RJC-DSC**

| | |
|---|---|
| **LARADA SCIENCES INC.,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**PEDIATRIC HAIR SOLUTIONS<br>CORPORATION and FLOSONIX<br>VENTURES LLC,**<br><br>        **Defendants.** | **ORDER** |

     **THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Ryan P. Gentes]" (document #21).  For the reasons stated therein, the Motion is granted.

     **SO ORDERED**.

                 Signed: February 14, 2019

                 David S. Cayer
                 United States Magistrate Judge