# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00320-KDB-DSC

| | |
|---|---|
| LARADA SCIENCES INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** <br>) |
| PEDIATRIC HAIR SOLUTIONS CORPORATION AND FLOSONIX VENTURES LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court sua sponte. The parties are hereby ORDERED to hold an attorney's conference to discuss Post-Claim Construction Order deadlines and to meaningfully discuss the possibility of settling this case. Within fourteen days of this Order, the parties shall file an Amended Certificate of Attorneys' Conference with proposed case deadlines and a Certificate of Settlement Conference signed by each party and counsel in the form attached to Judge Kenneth D. Bell's Standing Order Requiring Initial Settlement Conference.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: January 16, 2020

David S. Cayer
United States Magistrate Judge