# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00320-KDB-DSC

| | |
|---|---|
| LARADA SCIENCES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PEDIATRIC HAIR SOLUTIONS CORPORATION et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Peter M. Stasiewicz]" (document #45) filed February 4, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: February 4, 2020

David S. Cayer
United States Magistrate Judge